## 6

Almer LITTLE v. STATE. (No. 10466.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Cass County; Hugh Carney, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for possessing equipment for the purpose of manufacturing intoxicating liquor, punishment being imprisonment in the penitentiary for one year. The record comes to this court without a statement of facts or bills of exceptions. In such condition

nothing is presented for review. The judgment is affirmed.